| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Jonathan D. Lotsoff (*pro hac vice* forthcoming)<br>jonathan.lotsoff@morganlewis.com<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Tel:    +1.312.324.1000<br>Fax:   +1.312.324.1001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP. | MORGAN, LEWIS & BOCKIUS LLP<br>Joseph A. Govea, Bar No. 319683<br>joseph.govea@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Phone: +1.213.612.2500<br>Fax: +1.213.612.2501<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Carolyn M. Corcoran (*pro hac vice* forthcoming)<br>carolyn.corcoran@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel:     +1.212.309.6000<br>Fax:    +1.212.309.6001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                    Defendants. | Case No. 3:23-cv-01786-LB<br><br>**NOTICE OF APPEARANCE OF ERIC MECKLEY** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 45533009.1

NOTICE OF APPEARANCE OF
ERIC MECKLEY
CASE NO. 3:23-CV-01786-LB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that I, Eric Meckley of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorneys of record, on behalf of Defendants TWITTER, INC. and X CORP. ("Defendants") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers and e-mail address are below. Defendants request that I be added to the docket and e-mail notifications sent to the email address below.

> Eric Meckley, Bar No. 168181
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: eric.meckley@morganlewis.com

Dated: May 4, 2023                                  MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Eric Meckley*
    Eric Meckley
    Brian D. Berry
    Jonathan D. Lotsoff
    Carolyn Corcoran
    Joseph A. Govea

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 45533009.1

2

NOTICE OF APPEARANCE OF
ERIC MECKLEY
CASE NO. 3:23-CV-01786-LB