| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:      +1.415.442.1000<br>Fax:     +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Jonathan D. Lotsoff (*pro hac vice* forthcoming)<br>jonathan.lotsoff@morganlewis.com<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Tel:     +1.312.324.1000<br>Fax:    +1.312.324.1001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP. | MORGAN, LEWIS & BOCKIUS LLP<br>Joseph A. Govea, Bar No. 319683<br>joseph.govea@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Phone: +1.213.612.2500<br>Fax: +1.213.612.2501<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Carolyn M. Corcoran (*pro hac vice* forthcoming)<br>carolyn.corcoran@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel:     +1.212.309.6000<br>Fax:    +1.212.309.6001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                    Defendants. | Case No. 3:23-cv-01786-SI<br><br>**NOTICE OF APPEARANCE OF JOSEPH A. GOVEA** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
JOSEPH A. GOVEA
CASE NO. 3:23-CV-01786-SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that I, Joseph A. Govea of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorneys of record, on behalf of Defendants TWITTER, INC. and X CORP. ("Defendants") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers and e-mail address are below. Defendants request that I be added to the docket and e-mail notifications sent to the email address below.

> Joseph A. Govea, Bar No. 319683
> MORGAN, LEWIS & BOCKIUS, LLP
> 300 South Grand Avenue, Twenty-Second Floor
> Los Angeles, CA 90071-3132
> Phone: +1.213.612.2500
> Fax: +1.213.612.2501
> Email: joseph.govea@morganlewis.com

Dated: May 4, 2023                             MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Joseph A. Govea*
Eric Meckley
Brian D. Berry
Jonathan D. Lotsoff
Carolyn Corcoran
Joseph A. Govea

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
JOSEPH A. GOVEA
CASE NO. 3:23-CV-01786-SI