UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01786-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Date:   June 30, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Susan Illston |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:23-cv-01786-SI

# [PROPOSED] ORDER

Defendants Twitter, Inc. and X Corp.'s (collectively, "Defendants") Motion to Dismiss the Complaint ("Motion") came on for hearing on June 30, 2023, the Honorable Susan Illston presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the Parties, and good cause appearing therefore, hereby **GRANTS** Defendants' Motion.

**THEREFORE, IT IS ORDERED** as follows:

Plaintiff John Zeman's ("Plaintiff") first cause of action for age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

Plaintiff's second cause of action for age discrimination in violation of the New York State Human Rights Law, N.Y. Exec § 296, is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

**IT IS SO ORDERED.**

DATED: _____        _____
                                            HON. SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:23-cv-01786-SI