UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-01786-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT**<br><br>Date:　　June 30, 2023<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Susan Illston |

**[PROPOSED] ORDER**

THE COURT, having received and reviewed the Request for Judicial Notice in Support of Defendants Twitter, Inc. and X Corp.'s Motion to Dismiss the Complaint, finds that, pursuant to Rule 201 of the Federal Rules of Evidence, good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED THAT the Court take judicial notice of the following documents.

1. **Exhibit 1**: The Order Granting Motion to Dismiss (ECF No. 38), filed on May 8, 2023, in *Strifling, et al. v. Twitter, Inc.*, Case No. 22-cv-07739-JST, filed in the United States District Court for the Nothern District of California.

2. **Exhibit 2**: A newspaper article from *The New York Times*, *Confusion and Frustration Reign as Elon Musk Cuts Half of Twitter's Staff*, dated November 4, 2022.

3. **Exhibit 3**: A newspaper article from *FOX Business*, *'Lonely' Elon Musk says humans shouldn't live longer, they will 'asphyxiate' society*, dated March 27, 2022.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER
GRANTING DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:23-cv-01786-SI