SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>TWITTER, INC. and X CORP.,<br><br>                Defendants | Case No. 3:23-cv-01786<br><br>**PLAINTIFFS' NOTICE OF FILING** |

PLEASE BE ON NOTICE, that pursuant to Civil Local Rule 3-12, Plaintiffs hereby provide a true and accurate copy of Plaintiff's Administrative Motion to Relate Cases, which was filed May 16, 2023 in Borodaenko v. Twitter, Inc., No. 22-CV-07226-HSG, (N.D. Cal. 2023).

Respectfully submitted,

JOHN ZEMAN, on behalf of himself and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com

Dated:           May 16, 2023

PLAINTIFFS' NOTICE OF FILING

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on May 16, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

PLAINTIFFS' NOTICE OF FILING