| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) <br> (sliss@llrlaw.com) <br> BRADLEY MANEWITH <br> (*pro hac vice* forthcoming) <br> (bmanewith@llrlaw.com) <br><br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone:   (617) 994-5800 <br> Facsimile:    (617) 994-5801 <br><br> *Attorneys for Plaintiff John Zeman,* <br> *on behalf of himself and all others* <br> *similarly situated* | ERIC MECKLEY (SBN 168181) <br> (eric.meckley@morganlewis.com) <br> BRIAN D. BERRY (SBN 229893) <br> (brian.berry@morganlewis.com) <br> ROSHNI C. KAPOOR (SBN 310612) <br> (roshni.kapoor@morganlewis.cm) <br><br> MORGAN, LEWIS, & BOCKIUS, LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone:   (415) 442-1000 <br> Fax:              (415) 442-1001 <br><br> *Attorneys for Defendants Twitter, Inc. and* <br> *X Corp.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated, <br> , <br><br>                    Plaintiff, <br><br>              v. <br><br> TWITTER, INC., and X CORP. <br><br>                    Defendants. | Case No. 3:23-cv-01786-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR TWITTER'S MOTION TO MOTION TO DISMISS THE COMPLAINT** |

WHEREAS, on May 12, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 19).

WHEREAS, currently, Plaintiff's opposition to the motion is due on May 26, 2023, and Twitter's reply is due on June 2, 2023.

WHEREAS, the motion is set for hearing on July 7, 2023.

WHEREAS, Plaintiff's lead counsel has a scheduling conflict on the July 7, 2023 date.

WHEREAS, the parties have conferred and agreed on an amended briefing schedule, and reached an agreement to request that the hearing date be rescheduled to a later date to accommodate Plaintiff's counsel's schedule.

NOW THEREFORE, the Parties hereby stipulate to the following amended briefing schedule and hearing date, subject to the Court's approval:

- Plaintiff's opposition to Twitter's motion shall be submitted on or before June 2, 2023.
- Twitter's reply to Plaintiff's' opposition shall be submitted on or before June 16, 2023.
- The hearing is rescheduled to take place on July 21, 2023, or any later date convenient for the Court.

Respectfully submitted,

JOHN ZEMAN, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com

2
DB2/ 45872180.1   STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS

|   |   |
|---|---|
| 1 | *Attorneys for Plaintiff* |
| 2 | TWITTER, INC., and X CORP. |
| 3 | By its attorneys, |
| 4 | /s/ Eric Meckley |
| 5 | Eric Meckley, SBN 168181 |
|   | Brian D. Berry, SBN 229893 |
| 6 | Roshni C. Kapoor, SBN 310612 |
| 7 | MORGAN, LEWIS, & BOCKIUS, LLP |
|   | One Market, Spear Street Tower |
| 8 | San Francisco, CA 94105 |
| 9 | (415) 442-1000 |
|   | Email: eric.meckley@morganlewis.com; |
| 10 | brian.berry@morganlewis.com; |
| 11 | roshni.kapoor@morganlewis.com |
|   | *Attorneys for Defendants* |

Dated:     May 25, 2023

3
DB2/ 45872180.1  STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on May 25, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to dismiss:

- Plaintiff's opposition to Defendants' motion shall be submitted on or before June 2, 2023.
- Defendants' reply to Plaintiff's opposition shall be submitted on or before June 16, 2023.

The hearing date on Defendants' motion currently scheduled for July 7, 2023 at 10:00 am shall be rescheduled to take place on _____, at _____.

Dated: _____        _____
                                                                                       Hon. Susan Illston
                                                                                       District Court Judge