| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) BRADLEY MANEWITH (*pro hac vice* forthcoming) (bmanewith@llrlaw.com) | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) ROSHNI C. KAPOOR (SBN 310612) (roshni.kapoor@morganlewis.cm) |
| LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone:  (617) 994-5800 Facsimile:  (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone:  (415) 442-1000 Fax:  (415) 442-1001 |
| *Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated* | *Attorneys for Defendants Twitter, Inc. and X Corp.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., and X CORP. <br><br> Defendants. | Case No. 3:23-cv-01786-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR TWITTER'S MOTION TO MOTION TO DISMISS THE COMPLAINT** |

WHEREAS, on May 12, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 19).

WHEREAS, currently, Plaintiff's opposition to the motion is due on May 26, 2023, and Twitter's reply is due on June 2, 2023.

WHEREAS, the motion is set for hearing on July 7, 2023.

WHEREAS, Plaintiff's lead counsel has a scheduling conflict on the July 7, 2023 date.

WHEREAS, the parties have conferred and agreed on an amended briefing schedule, and reached an agreement to request that the hearing date be rescheduled to a later date to accommodate Plaintiff's counsel's schedule.

NOW THEREFORE, the Parties hereby stipulate to the following amended briefing schedule and hearing date, subject to the Court's approval:

- Plaintiff's opposition to Twitter's motion shall be submitted on or before June 2, 2023.
- Twitter's reply to Plaintiff's' opposition shall be submitted on or before June 16, 2023.
- The hearing is rescheduled to take place on July 21, 2023, or any later date convenient for the Court.

Respectfully submitted,

JOHN ZEMAN, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com

2
DB2/ 45872180.1  STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS

Case 3:23-cv-01786-SI   Document 25   Filed 05/26/23   Page 3 of 5

*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Roshni C. Kapoor, SBN 310612
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
roshni.kapoor@morganlewis.com
*Attorneys for Defendants*

Dated:        May 25, 2023

---

3

DB2/ 45872180.1   STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on May 25, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to dismiss:

- Plaintiff's opposition to Defendants' motion shall be submitted on or before June 2, 2023.
- Defendants' reply to Plaintiff's opposition shall be submitted on or before June 16, 2023.

The hearing date on Defendants' motion currently scheduled for July 7, 2023 at 10:00 am shall be rescheduled to take place on  July 28, 2023 , at  10 am .

Dated:  May 26, 2023

_____
Hon. Susan Illston
District Court Judge