MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Jonathan D. Lotsoff (*pro hac vice* forthcoming)
jonathan.lotsoff@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel:    +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Defendants
TWITTER, INC. and X CORP.

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Phone: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Carolyn M. Corcoran (*pro hac vice* forthcoming)
carolyn.corcoran@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel:    +1.212.309.6000
Fax:    +1.212.309.6001

Attorneys for Defendants
TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>TWITTER, INC. and X CORP.,<br><br>           Defendants. | Case No. 3:23-cv-01786-SI<br><br>**NOTICE OF APPEARANCE OF ROSHNI C. KAPOOR** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 45905911.1

NOTICE OF APPEARANCE OF
ROSHNI C. KAPOOR
CASE NO. 3:23-CV-01786-SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that I, Roshni C. Kapoor of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorneys of record, on behalf of Defendants TWITTER, INC. and X CORP. ("Defendants") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers and e-mail address are below. Defendants request that I be added to the docket and e-mail notifications sent to the email address below.

>Roshni C. Kapoor, Bar No. 310612
>MORGAN, LEWIS & BOCKIUS, LLP
>One Market, Spear Street Tower
>San Francisco, CA  94105-1596
>Tel:     +1.415.442.1000
>Fax:    +1.415.442.1001
>Email:  roshni.kapoor@morganlewis.com

Dated: May 30, 2023                                                             MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Roshni C. Kapoor*
Eric Meckley
Brian D. Berry
Roshni C. Kapoor
Jonathan D. Lotsoff
Carolyn Corcoran
Joseph A. Govea

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 45905911.1

2

NOTICE OF APPEARANCE OF
ROSHNI C. KAPOOR
CASE NO. 3:23-CV-01786-SI