SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself
and all others similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated, | Case No. 3:23-cv-01786-SI |
| Plaintiff, | **PLAINTIFF'S NOTICE OF FILING** |
| v. | |
| TWITTER, INC. and X CORP., | |
| Defendants | |

PLEASE BE ON NOTICE that Plaintiffs hereby provide a true and accurate copy of Plaintiffs' Motion to Consolidate Cases, which was filed June 6, 2023 in *Borodaenko v. Twitter, Inc.*, C.A. No. 3:22-cv-07226-AMO.

Dated: June 6, 2023

Respectfully submitted,

JOHN ZEMAN, on behalf of himself
and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com

### CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on June 6, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan