UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-01786-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Date:　　June 30, 2023<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Susan Illston |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
ISO REPLY TO OPP TO MTD
CASE NO. 3:23-CV-01786-SI

# [PROPOSED] ORDER

THE COURT, having received and reviewed the Request for Judicial Notice in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint, finds that, pursuant to Rule 201 of the Federal Rules of Evidence, good cause exists to grant the request.

Accordingly, IT IS HEREBY ORDERED THAT the Court take judicial notice of the following document:

**Exhibit A**:  The Complaint, filed on April 29, 2005, in *Winters v. Fellowes, Inc.*, Case No. 1:05-cv-02586, ECF No. 1, filed in the United States District Court for the Northern District of Illinois.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Susan Illston
United States District Court Judge