| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) <br> (sliss@llrlaw.com) <br> BRADLEY MANEWITH <br> (*pro hac vice* forthcoming) <br> (bmanewith@llrlaw.com) | ERIC MECKLEY (SBN 168181) <br> (eric.meckley@morganlewis.com) <br> BRIAN D. BERRY (SBN 229893) <br> (brian.berry@morganlewis.com) <br> ROSHNI C. KAPOOR (SBN 310612) <br> (roshni.kapoor@morganlewis.cm) |
| LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone:  (617) 994-5800 <br> Facsimile:  (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone:  (415) 442-1000 <br> Fax:  (415) 442-1001 |
| *Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated* | *Attorneys for Defendants Twitter, Inc. and X Corp.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., and X CORP. <br><br> Defendants. | Case No. 3:23-cv-01786-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON TWITTER'S MOTION TO DISMISS THE COMPLAINT AND THE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on May 12, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 19).

WHEREAS, the motion is set for hearing on July 28, 2023 at 10:00 am via Zoom.

WHEREAS, Plaintiff's lead counsel has a scheduling conflict on the July 28, 2023 date.

WHEREAS, there is currently an initial case management conference scheduled on August 19, 2023 at 2:30 pm via Zoom

WHEREAS, the parties have conferred and reached an agreement to request that the motion to dismiss hearing date be rescheduled to a later date to accommodate Plaintiff's counsel's schedule, and the initial case management conference be rescheduled for a later date to maintain the same timing between the hearings as the current scheduled dates.

NOW THEREFORE, the Parties hereby stipulate to the following hearing dates, subject to the Court's approval:

- The hearing on Defendants' motion to dismiss is rescheduled to take place on August 11, 2023, or any later date convenient for the Court.
- The initial case management conference is rescheduled to September 8, 2023, or any later date convenient for the Court, with associated deadlines continued accordingly.

Respectfully submitted,

JOHN ZEMAN, on behalf of himself and all others similarly situated,

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.

2
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS HEARING AND INITIAL CASE MANAGEMENT CONFERENCE

729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Brian D. Berry
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Roshni C. Kapoor, SBN 310612
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
roshni.kapoor@morganlewis.com
*Attorneys for Defendants*

Dated:       July 21, 2023

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on July 21, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

4
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS HEARING AND INITIAL CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following:

The hearing date on Defendants' motion to dismiss currently scheduled for July 28, 2023 at 10:00 am shall be rescheduled to take place on _____, at _____.

The hearing date for the initial case management conference currently scheduled for August 18, 2023 at 2:30 pm shall be rescheduled to take place on _____, at _____, with associated deadlines continued accordingly.

Dated: _____        _____
                                     Hon. Susan Illston
                                     District Court Judge