**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** August 18, 2023 | **Time:** 10:11 – 10:49 <br> 38 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 23-cv-01786-SI | **Case Name:** Zeman v. Twitter, Inc., et al. | |

**Attorney for Plaintiff:** Shannon Liss-Riordan, Bradley Manewith
**Attorney for Defendant:** Brian Berry, Eric Meckley, Roshni Kapoor

**Deputy Clerk:** Esther Chung            **Court Reporter:** Belle Ball

## PROCEEDINGS

Motion to Dismiss (Dkt. 19) Hearing – Held via Zoom webinar.

## SUMMARY

The Court questioned the parties, the parties addressed the Court's questions and then presented additional oral argument and rebuttals.  The Motion was taken under submission.