SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
JOHN ZEMAN

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

 Attorneys for Defendants
 TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01786-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

1    Pursuant to Civil Local Rule 6-2, Plaintiff John Zeman ("Plaintiff") and Defendant X

2    Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter

3    "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and

4    through their undersigned counsel, hereby stipulate as follows:

5    WHEREAS, on August 24, 2023, the federal court in the matter entitled *Eitan Adler v.*

6    *Twitter, Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate

7    the plaintiff's claims, and the parties have scheduled such mediation to take place on December

8    1–2, 2023;

9    WHEREAS, counsel for the Parties have conferred and agreed that the interests of

10   preserving judicial economy and the Parties' collective time and resources would be best served

11   by including the pending Action within the scope of mediation ordered by the federal court in

12   *Adler*;

13   WHEREAS, in service of judicial economy counsel for the Parties have conferred and

14   agreed to request a temporary stay of this Action, including all currently pending deadlines,

15   briefing schedules, court conferences, motion hearings and Court decisions through January 2,

16   2024, given that mediation will occur in December; and

17   WHEREAS, the Parties have conferred and specifically request that the Court stay

18   Plaintiff's deadline to amend his claims until January 2, 2024 or later and continue the Case

19   Management Conference currently scheduled for November 17, 2023 until after January 2, 2024.

20   NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's

21   approval:

22        1.    This Action shall be stayed through January 2, 2024;

23        2.    All pending pre-trial and discovery-related deadlines shall be continued to after

24   January 2, 2024;

25        3.    Plaintiff's deadline to amend his claims shall be continued to a date on or after

26   January 2, 2024;

27        4.    The Case Management Conference currently scheduled for November 17, 2023

28

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
CASE NO. 3:23-CV-01786-SI

1     shall be continued to a date after January 2, 2024; and

2          5.     The Parties shall report to the Court the status of settlement discussions by January

3     2, 2024, and indicate their position as to whether the stay should be continued or lifted.

4          IT IS SO STIPULATED.

                                        JOHN ZEMAN
5
                                        By his attorneys,
6

7                                       /s/ *Shannon Liss-Riordan*
                                        Shannon Liss-Riordan, SBN 310719
8                                       Bradley Manewith (*pro hac vice* forthcoming)
                                        LICHTEN & LISS-RIORDAN, P.C.
9                                       729 Boylston Street, Suite 2000
                                        Boston, MA 02116
10                                      (617) 994-5800
                                        email:  sliss@llrlaw.com; bmanewith@llrlaw.com
11

12                                      X CORP. as successor in interest to
                                        TWITTER, INC.
13
                                        By their attorneys,
14

15                                      /s/ *Eric Meckley*
                                        Eric Meckley, SBN 168181
16                                      Brian D. Berry, SBN 229893
                                        MORGAN, LEWIS, & BOCKIUS LLP
17                                      One Market, Spear Street Tower
                                        San Francisco, CA 94105
18                                      (415) 442-1000
                                        email: eric.meckley@morganlewis.com;
19                                      email: brian.berry@morganlewis.com

20

21    Dated:        September 19, 2023

22

23

24

25

26

27

28

                                        STIPULATION AND [PROPOSED] ORDER
                            3           TO STAY CASE PENDING MEDIATION
                                        CASE NO. 3:23-CV-01786-SI

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

      1.     This Action is hereby stayed through January 2, 2024.

      2.     All pending pre-trial and discovery-related deadlines shall be continued to dates after January 2, 2024.

      3.     The Parties shall submit a joint status report no later than January 2, 2024 regarding the status of settlement discussions, indicate their position as to whether the stay should be continued or lifted, and provide a proposed deadline for Plaintiff to amend his claims and a proposed date for the continued Case Management Conference.


Dated: _____        _____

                                 The Honorable Susan Illston
                                 United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
CASE NO. 3:23-CV-01786-SI