**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** May 10, 2024 | **Time:** 12:29 – 12:36  7 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 23-cv-01786-SI | **Case Name:** Zeman v. Twitter, Inc., et al. | |

**Attorney for Plaintiff:** Shannon Liss-Riordan
**Attorney for Defendant:** Brian Berry, Roshni Kapoor

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Initial Case Management Conference – Hearing held via Zoom webinar.

## SUMMARY

The following deadlines were set:

Deadline to File Preliminary Class Certification Motion:  9/13/2024
        Oppositions Due:  10/11/2024
        Replies:  10/25/2024
Hearing:  11/8/2024 at 10:00 a.m. by Zoom webinar.