SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants | Case No. 3:23-cv-01786-SI<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:   Hon. Susan Illston |

Pursuant to Local Rule 7-11 and Standing Order 9, Plaintiff respectfully requests that this Court permit him to file his Motion for Conditional Certification and two attendant Exhibits (Exhibits B and C) under seal, and to redact portions of the Motion which refer to information contained in those exhibits. Exhibit B is an excerpt from a deposition of Elon Musk which Plaintiff's Counsel took in a related arbitration, *Niemack v. Twitter, Inc.*, JAMS Ref. No.: 1601002285, on May 9, 2024. Exhibit C is an email exchange between Mr. Musk and other high-level Twitter leaders produced during discovery in that arbitration. Plaintiff believes that these Exhibits do not warrant protection under Rule 26(c) of the Federal Rules of Civil Procedure.

1
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

However, Defendants have indicated that they believe both documents may not be publicly disclosed under the terms of a Protective Order the Parties entered into to facilitate discovery in a related set of arbitration proceedings. Accordingly, until Twitter has had the opportunity to respond, and the Court has had the opportunity to consider their arguments regarding confidentiality, Plaintiff requests that they be permitted to file Exhibits B and C under seal and to file a redacted version of their Motion for Conditional Certification.

Dated: June 7, 2024                                       Respectfully submitted,

                                                          JOHN ZEMAN, on behalf of himself and all others similarly situated,

                                                          By his attorneys,

                                                           /s/ Shannon Liss-Riordan
                                                          Shannon Liss-Riordan, SBN 310719
                                                          Thomas Fowler (*pro hac vice forthcoming*)
                                                          LICHTEN & LISS-RIORDAN, P.C.
                                                          729 Boylston Street, Suite 2000
                                                          Boston, MA 02116
                                                          (617) 994-5800
                                                          Email:  sliss@llrlaw.com; tfowler@llrlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

                                                          /s/ Shannon Liss-Riordan
                                                          Shannon Liss-Riordan

2
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED