SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01786-SI<br><br>**SHANNON LISS-RIORDAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:   Hon. Susan Illston |

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1. My name is Shannon Liss-Riordan. I represent the named plaintiff in the above-captioned case.

2. In addition, I represent approximately 2,000 former Twitter employees who were laid off after Elon Musk's acquisition of the company who are pursuing claims arising from their layoffs in individual arbitration proceedings.

3. On August 22, 2023, I executed a global Protective Order with counsel for Twitter to expedite the production of discovery material in all arbitration proceedings involving clients represented by my firm, Lichten & Liss-Riordan, P.C.

4. Twitter has expressed its view that, under the terms of the Protective Order, the information contained in Exhibits B and C to Plaintiff's Motion for Conditional Certification in this case is Confidential and cannot be publicly disclosed. Plaintiff disagrees. However, in the interest of affording Twitter a fair opportunity to demonstrate why confidentiality should be maintained, Plaintiff requests this Court's permission to file these Exhibits under seal (and to redact portions of its Motion referring to these Exhibits).

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my ability.

Dated: June 7, 2024               */s/ Shannon Liss-Riordan*
                                  Shannon Liss-Riordan