SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>TWITTER, INC. and X CORP.,<br><br>                Defendants. | Case No. 3:23-cv-01786-SI<br><br>**PROPOSED ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:   Hon. Susan Illston |

**[PROPOSED] ORDER**

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| Motion at page 6, lines 1-6 | Liss-Riordan Declaration | |
| Motion at page 12, lines 9-11 | Liss-Riordan Declaration | |
| Exhibit B | Liss-Riordan Declaration | |
| Exhibit C | Liss-Riordan Declaration | |

Dated: _____        _____
                                                                  Hon. Susan Illston