# Exhibit A

SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>TWITTER, INC. and X CORP.,<br><br>Defendants | Case No. 3:23-cv-01786-SI<br><br>**JOHN ZEMAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION**<br><br>JUDGE:    HON. SUSAN ILLSTON |

I, John Zeman, declare under penalty of perjury that the following statements are true and correct:

1. My name is John Zeman. I am an adult resident of New York, New York. I am the named plaintiff in the above-captioned case.

2. My statements in this Declaration are based upon my own personal knowledge.

3. I began working for Twitter in approximately April 2011, and I worked there until I was notified of my layoff in November 2022.

4. At the time I was laid off, I was employed by Twitter as a Senior Manager, Communications.

5. Throughout my career at Twitter, my performance consistently met or exceeded the company's expectations for employees in the roles that I held.

6. In April 2022, I learned that Twitter was being acquired by Elon Musk.

7. On November 4, 2022, shortly after Musk completed his purchase of the company in October 2022, I was notified that I was being laid off.

8. The Company's decisions for the initial layoffs on November 4, 2022, were made within about a week after the deal for Musk to purchase Twitter closed.

9. I was not interviewed by anyone about my job responsibilities prior to being laid off. I was likewise not asked about the performance of any employees on my team.

10. I did not find out about the layoffs until I was notified about my own termination, even though I was a Senior Manager.

11. On the date of my lay off, I was sixty-three (63) years old.

12. I am aware of numerous other former Twitter employees who were fifty (50) years old or older and were laid off after Elon Musk purchased the company.

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my ability.

Date: 06/04/2024

*John L Zeman*
John Zeman