# Exhibit D

**COURT-AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE ADEA AGAINST X. CORP (TWITTER)**

United States District Court
Northern District of California
San Francisco Division
<u>Zeman v. Twitter Inc. and X. Corp</u>
Case No. 3:23-cv-01786-SI

June 6, 2024

Dear former Twitter employee:

Enclosed is a consent form allowing you to "opt-in" to participate in a case that has been filed by the named Plaintiff, who worked at Twitter and was laid off as part of a reduction in force after the company was purchased by Elon Musk. This case has been brought on behalf of individuals who worked at Twitter at the time of Musk's purchase, who subsequently lost their jobs, and who were age fifty (50) or older at the time of their separation. **This is a court authorized notice.**

According to Twitter's records, you may be eligible to participate in this case because you lost your job after Elon Musk purchased the company and you were age fifty (50) or older at the time of your separation. In order to participate in the case and obtain a portion of any judgment or settlement that may be entered in the former employees' favor, you must complete and return this consent form to the address below by **[DATE]**.

In this lawsuit, Plaintiff alleges Twitter violated the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621, and the New York State Human Rights Law ("NYSHRL"), NY Exec § 296, by discriminating on the basis of age when conducting layoffs. Twitter denies these allegations. This notice pertains only to Plaintiff's ADEA claim.

The case is at an early stage, and there has not been a decision by the court as to whether the Plaintiff's position or Twitter's position is the correct one. There has also not been any settlement reached. If you do not return the enclosed consent form by **[DATE],** you may not be considered part of this case and may be unable to receive a share of any settlement or judgment that the Plaintiff may obtain. If you do participate in the case, you will be bound by any ruling entered by the court or settlement reached by the parties. John Zeman, who initiated this case and will work with Plaintiff's counsel to make decisions regarding the progress of this litigation. We welcome your input as well into those decisions. You may also be asked to be a witness or to provide evidence in the case, although not all individuals who submit a consent form will be required to do so.

**Again, to join this case, you must return the enclosed "opt-in" consent form by mail, e-mail or fax to the address below no later than [DATE].** In the meantime, if you have any questions, do not hesitate to contact Plaintiff's counsel at the phone numbers or e-mails provided below.

>Shannon Liss-Riordan, SBN 310719
>Thomas Fowler (pro hac vice forthcoming)
>LICHTEN & LISS-RIORDAN, P.C.
>729 Boylston Street, Suite 2000
>Boston, MA 02116
>(617) 994-5800
>Email:  sliss@llrlaw.com; tfowler@llrlaw.com
>twitterlawsuit@llrlaw.com
>
>*Attorneys for Plaintiff John Zeman*

**This notice has been authorized by the United States District Court – Northern District of California.** Please do not contact the court; you may contact the counsel listed above with any questions you have.

>Yours truly,
>
>Shannon Liss-Riordan