# Exhibit E

**OPT-IN CONSENT FORM**
<u>Zeman v. Twitter Inc. and X. Corp</u>
United States District Court
Northern District of California
San Francisco Division
Case No. 3:23-cv-01786-SI

Complete and return to:     Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
twitterlawsuit@llrlaw.com
www.llrlaw.com

Name: _____

Address: _____

_____

Telephone: _____(home) _____(cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq*.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for Twitter from on or about _____ (month, year) to on or about _____ (month, year) in _____ (city, state). I am currently ____ years old. I was ____ years old when I lost my job with Twitter on _____(date). The position I held at the time I lost my job was _____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: _____