MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Carolyn M. Corcoran, (*pro hac vice*)
carolyn.corcoran@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel:    +1.212.309.6000
Fax:    +1.212.309.6001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendant. | Case No. 3:23-cv-01786-SI<br><br>**DECLARATION OF WALTER GILBERT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GILBERT DECLARATION IN SUPPORT
OF DEFENDANT'S RESPONSE TO
PLAINTIFF'S ADMINISTRATIVE MOTION
Case No. 3:23-cv-01786-SI

I, Walter Gilbert, declare as follows:

1. I am the Senior Director of Human Resources for X Corp. ("X"), the successor-in-interest to Twitter, Inc., and have held that title since April 10, 2023.

2. I have personal knowledge of the facts set forth in this declaration.

3. In my role as Senior Director of Human Resources, I oversee and am responsible for all human resources functions at X, including employees' compensation and benefits.

4. X is a private company that protects its confidential and sensitive business information, including financial information related to its labor costs, from public disclosure. Given the sensitivity of its labor cost figures, X also limits internal access to this information to those executives and employees who need the information to carry out their job duties.

5. I have received and reviewed a document bearing Bates Numbers X_ARBS_000065522–23 with the cover page "Exhibit C," which I understand was attached to Plaintiff John Zeman's Motion for Conditional Certification of a Collective Action.

6. Exhibit C is copy of an email chain, dated November 2, 2022, involving Elon Musk and several executives and advisors. It includes a proposal to terminate 3,789 employees and reports the costs associated with their salaries and commissions, continued benefits, and equity vesting.

7. This financial information is confidential and non-public. Public disclosure of this information may cause competitive harm to X, and place it at a disadvantage in the market, because X's competitors could use the information to ascertain the average compensation that X provides to its employees, including the salaries and commissions it offers, and the value of its equity and benefits packages.

Executed this 17th day of June in Los Angeles, California.

_____
Walter Gilbert

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

1

GILBERT DECLARATION IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION
Case No. 3:23-cv-01786-SI