UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>TWITTER, INC., et al.,<br><br>   Defendants. | Case No. 23-cv-01786-SI<br><br>**ORDER RE: DECEMBER 13, 2024 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 97 |

The Court received a joint brief outlining a discovery dispute in which defendant asked the Court to compel plaintiff to respond to twenty-six requests for production and fourteen interrogatories (jointly, "the requests"). Dkt. No. 97. Defendant first served the requests on August 23, 2024. *Id.* After 30 days had passed, plaintiff asked three separate times for one additional week to respond. *Id.* Then plaintiff changed his position and asked to postpone responses until after the opt-in period closes on January 21, 2025. *Id.* The Court orders plaintiff to respond to the requests by January 15, 2025.

While plaintiff has not timely objected to the requests, the Court finds good cause to excuse this failure. *See* Fed. R. Civ. P. 33(b)(4). Plaintiff's counsel and defendants are engaged in fluid discovery across dozens of cases involving the same set of events and while plaintiff's position here was incorrect, it was not unreasonably held. Accordingly, plaintiff's right to present objections or assert privileges in his responses is not waived.

**IT IS SO ORDERED**.

Dated: December 18, 2024

_____
SUSAN ILLSTON
United States District Judge