SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice*)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

*Attorneys for Plaintiff, John Zeman, on behalf of himself and all other similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3-23-cv-01786-SI<br><br>**PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS** |

Plaintiff hereby files Opt-In Consent Forms, in accordance with 29 U.S.C. § 621, in connection with the above-titled action, attached hereto as Exhibit 1.

Dated: January 21, 2025

                Respectfully submitted,

                JOHN ZEMAN, on behalf of himself and all others similarly situated,

                By his attorneys,

                /s/ Shannon Liss-Riordan
                Shannon Liss-Riordan, SBN 310719
                Thomas Fowler (*pro hac vice*)
                LICHTEN & LISS-RIORDAN, P.C.
                729 Boylston Street, Suite 2000
                Boston, MA 02116
                Telephone: (617) 994-5800
                Facsimile: (617) 994-5801
                Email: sliss@llrlaw.com; tfowler@llrlaw.com

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on January 21, 2025.

                /s/ Shannon Liss-Riordan
                Shannon Liss-Riordan