# EXHIBIT 1

# OPT-IN CONSENT FORM
Zeman v. Twitter Inc. and X. Corp
United States District Court
Northern District of California
San Francisco Division
Case No. 3:23-cv-01786-SI

Complete and return to:   Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (866) 594-0390
Fax: (617) 994-5801
twitterlawsuit@llrlaw.com
www.llrlaw.com

Name: KATHLEEN MALONE

Address: [redacted]

Telephone: [redacted] (home)   [redacted] (cell)

E-Mail: [redacted]

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.   I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.   I worked for Twitter from on or about 10/26/2021 (month, year) to on or about 1/4/2023 (month, year) in WASHINGTON DC (city, state). At the time my employment with Twitter terminated, I was 64 years old and held the position of CORPORATE SECURITY MANAGER.

3.   I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.   I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: /s/ Kathleen Malone   Date Signed: 10/5/2024

OPT-IN CONSENT FORM
Zeman v. Twitter Inc. and X. Corp
United States District Court
Northern District of California
San Francisco Division
Case No. 3:23-cv-01786-SI

Complete and return to:	Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (866) 594-0390
Fax: (617) 994-5801
twitterlawsuit@llrlaw.com
www.llrlaw.com

Name: Andrew Ullman

Address: [redacted]

Telephone: [redacted] (home) _____ (cell)

E-Mail: [redacted]

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.  I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.  I worked for Twitter from on or about July 2020 (month, year) to on or about Nov 2022 (month, year) in Boston, MA (city, state). At the time my employment with Twitter terminated, I was 54 years old and held the position of "Senior ML Manager."

3.  I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.  I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: /s/ A. Ullman    Date Signed: 12/27/2024