UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ZEMAN,

        Plaintiffs,

    v.

TWITTER, INC., et al.,

        Defendants.

Case No. 23-cv-01786-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/18/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 4/4/2025; REBUTTAL: 4/18/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 5/9/2025.

NON-EXPERT DISCOVERY CUTOFF is: 5/9/2025.

ADR:  Magistrate Early Settlement Conference to be completed by 5/23/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/30/2025;
    Opp. Due: 6/13/2025; Reply Due: 6/20/2025;
    and set for hearing no later than 7/11/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  9/9/2025
PRETRIAL CONFERENCE DATE: 9/23/2025 at 1:30 PM.

JURY TRIAL DATE: 10/14/2025 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: February 10, 2025

SUSAN ILLSTON
United States District Judge