LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Thomas Fowler (*pro hac vice*)
tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800

Attorneys for Plaintiff
JOHN ZEMAN


MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000


MORGAN, LEWIS & BOCKIUS LLP
Carolyn M. Corcoran (pro hac vice)
carolyn.corcoran@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel:    +1.212.309.6000

Attorneys for Defendant
X CORP., f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ZEMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>TWITTER, INC. and X CORP.,<br><br>            Defendant. | Case No. 3:23-cv-01786-SI<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE SCHEDULE, [PROPOSED] ORDER**<br><br>Judge:    Hon. Susan Illston |

WHEREAS, Plaintiff JOHN ZEMAN ("Plaintiff") and Defendant X CORP., on its own behalf and as successor in interest to TWITTER, INC. ("Defendant") (collectively, the "Parties") hereby give notice to the Court that the Parties have reached a settlement in principle in this action and are now preparing a written settlement agreement.

WHEREAS, the Parties anticipate filing a Joint Stipulation of Dismissal within 60 days, *i.e.*, by June 21, 2025.

WHEREAS, the Parties stipulate and agree that the Court should vacate the trial date and all pre-trial deadlines.

NOW, THEREFORE, the Parties hereby stipulate and agree that the Court should vacate the trial date and all pre-trial deadlines. The Parties will file a Joint Stipulation of Dismissal by June 21, 2025.

Dated: April 22, 2025                      LICHTEN & LISS-RIORDAN, P.C.


                                           By   /s/ Shannon Liss-Riordan
                                                Shannon Liss-Riordan
                                                Thomas Fowler

                                                Attorneys for Plaintiff
                                                JOHN ZEMAN


Dated: April 22, 2025                      MORGAN, LEWIS & BOCKIUS LLP


                                           By   /s/ Brian D. Berry
                                                Eric Meckley
                                                Brian D. Berry
                                                Roshni C. Kapoor
                                                Carolyn M. Corcoran

                                                Attorneys for Defendant
                                                X CORP., successor in interest to
                                                TWITTER, INC.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The trial date and all pre-trial deadlines are vacated. The Parties shall file a Joint Stipulation of Dismissal by June 21, 2025.

Dated: _____          By: _____
                                  Hon. Susan Illston
                                  United States District Judge

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: April 22, 2025

MORGAN, LEWIS & BOCKIUS LLP

By   /s/ *Brian D. Berry*
Eric Meckley
Brian D. Berry
Roshni C. Kapoor
Carolyn M. Corcoran

Attorneys for Defendant
X CORP., successor in interest to
TWITTER, INC.