1  LICHTEN & LISS-RIORDAN, P.C.
   Shannon Liss-Riordan, Bar No. 310719
2  sliss@llrlaw.com
   Thomas Fowler (*pro hac vice*)
3  tfowler@llrlaw.com
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Tel: +1.617.994.5800
5
   Attorneys for Plaintiff
6  JOHN ZEMAN

7

   MORGAN, LEWIS & BOCKIUS LLP
8  Eric Meckley, Bar No. 168181
   eric.meckley@morganlewis.com
9  Brian D. Berry, Bar No. 229893
   brian.berry@morganlewis.com
10 Roshni C. Kapoor, Bar No. 310612
   One Market, Spear Street Tower
11 San Francisco, CA 94105-1596
   Tel:    +1.415.442.1000
12

13 MORGAN, LEWIS & BOCKIUS LLP
   Carolyn M. Corcoran (pro hac vice)
14 carolyn.corcoran@morganlewis.com
   101 Park Avenue
15 New York, NY 10178-0060
   Tel:    +1.212.309.6000
16
   Attorneys for Defendant
17 X CORP., f/k/a TWITTER, INC.

18

19                    **UNITED STATES DISTRICT COURT**

20                   **NORTHERN DISTRICT OF CALIFORNIA**

21                          **SAN FRANCISCO DIVISION**

22

23 | JOHN ZEMAN,                      | Case No. 3:23-cv-01786-SI

24 |          Plaintiff,              | **JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE

25 |   vs.                            | SCHEDULE, [PROPOSED] ORDER**

26 | TWITTER, INC. and X CORP.,       |
                                      | Judge:    Hon. Susan Illston
27 |          Defendant.              |

28

1  WHEREAS, Plaintiff JOHN ZEMAN ("Plaintiff") and Defendant X CORP., on its own behalf and as successor in interest to TWITTER, INC. ("Defendant") (collectively, the "Parties") hereby give notice to the Court that the Parties have reached a settlement in principle in this action and are now preparing a written settlement agreement.

WHEREAS, the Parties anticipate filing a Joint Stipulation of Dismissal within 60 days, *i.e.*, by June 21, 2025.

WHEREAS, the Parties stipulate and agree that the Court should vacate the trial date and all pre-trial deadlines.

NOW, THEREFORE, the Parties hereby stipulate and agree that the Court should vacate the trial date and all pre-trial deadlines. The Parties will file a Joint Stipulation of Dismissal by June 21, 2025.

Dated: April 22, 2025                LICHTEN & LISS-RIORDAN, P.C.


                                     By   */s/ Shannon Liss-Riordan*
                                          Shannon Liss-Riordan
                                          Thomas Fowler

                                          Attorneys for Plaintiff
                                          JOHN ZEMAN


Dated: April 22, 2025                MORGAN, LEWIS & BOCKIUS LLP


                                     By   */s/ Brian D. Berry*
                                          Eric Meckley
                                          Brian D. Berry
                                          Roshni C. Kapoor
                                          Carolyn M. Corcoran

                                          Attorneys for Defendant
                                          X CORP., successor in interest to
                                          TWITTER, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The trial date and all pre-trial deadlines are vacated. ~~The Parties shall file a Joint Stipulation of Dismissal by June 21, 2025.~~

Dated: April 23, 2025

By: *[signature: Susan Illston]*
Hon. Susan Illston
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: April 22, 2025　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP


By　  /s/ Brian D. Berry
　　　Eric Meckley
　　　Brian D. Berry
　　　Roshni C. Kapoor
　　　Carolyn M. Corcoran

　　　Attorneys for Defendant
　　　X CORP., successor in interest to
　　　TWITTER, INC.